IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

EYONE O. WILLIAMS,

    Petitioner,

v.                                          Civil Action No. 2:07cv72
                                          (Judge Maxwell)

JOYCE FRANCIS,

    Respondent.

## ORDER

On this day came the Respondent and moved the Court for an enlargement of time within which she must respond to the Court's Order entered herein on September 19, 2007, and it appearing to the Court that good cause exists for said Motion, it is hereby

ORDERED that the time within which the Respondent must respond to the Court's Order is hereby extended and enlarged up to and including November 8, 2007.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: November 1, 2007

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE